

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Aime Dempsey
t 212.351.3764
f 212.878.8600
adempsey@ebglaw.com

July 30, 2014

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: David Delong v. Alvarez & Marsal, LLC, et al.,
No. 14 cv 3578 (PAE)(RLE)

Dear Judge Engelmayer:

This firm represents defendants Victor Alvarez, Monica Alvarez-Mitchell, Tony Alvarez II, Joseph Kaidanow and Daniel I. DeWolf in the above-referenced litigation. Pursuant to your Individual Rules and Practices, I write to respectfully request that the time for these defendants to respond to the complaint be adjourned from June 31, 2014 until **September 8, 2014**. This is their third request for an extension and plaintiff's counsel has consented to this request. The reason for this request is to allow these parties additional time to attempt to resolve this dispute.

Thank you for your courtesies.

Respectfully submitted,

Aime Dempsey

cc: Michael J. Romano, Esq. (counsel for Plaintiff, via email)

Epstein Becker & Green, P.C. | 250 Park Avenue | New York, NY 10177 | t 212.351.4500 | f 212.878.8600 | ebglaw.com

FIRM:25975540v1