USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID DELONG,

                         Plaintiff,

-against-

MANISH SOOD, MESSAGEMIND LLC, MESSAGEMIND, INC., MESSAGEMIND MANAGEMENT, INC., C-MAIL CORP., ALAIN OBERROTMAN, MICHAEL J. SHER, and "John Does "1-10",

                         Defendants.

Docket No.: 14-CV-3578
(PAE) (RLE)
**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff DAVID DELONG and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendants MANISH SOOD, MESSAGEMIND LLC, MESSAGEMIND, INC., MESSAGEMIND MANAGEMENT, INC., C-MAIL CORP., ALAIN OBERROTMAN, MICHAEL J. SHER, and "John Does "1-10."

Dated: September 12, 2014
        Mineola, New York

The Clerk of Court is directed to close this case.

9/12/14

Respectfully submitted,

Michael J. Romano
ROMANO & ASSOCIATES
*Attorneys for Plaitniff*
220 Old Country Road
Mineola, NY 11501
(516) 248-8880

SO ORDERED:

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE